Jonathan Shub (237708)
Scott A. George (*Admitted Pro Hac Vice*)
SEEGER WEISS LLP
1515 Market Street, Suite, 1380
Philadelphia, PA  19102
Telephone:    215-564-2300
Facsimile:    215-851-8029
Email:        jshub@seegerweiss.com
              sgeorge@seegerweiss.com

Francis O. Scarpulla (41059)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    415-693-0700
Facsimile:    415-693-0770
Email:        fscarpulla@zelle.com
              jzahid@zelle.com
              pclayton@zelle.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY PIERCE-NUNES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 3:14-CV-00796 JST<br><br>**JOINT STIPULATION, DECLARATION AND [PROPOSED] ORDER REGARDING DISCOVERY RELATED AND EXTENSION OF TIME TO RESPOND TO MOTION TO TRANSFER**<br><br>Assigned to Hon. Jon S. Tigar |

Defendant Toshiba America Information Systems, Inc. ("TAIS" or "Defendant") and Plaintiff Stacey Pierce-Nunes ("Plaintiff"), though their attorneys, hereby jointly declare and stipulate:

**WHEREAS**, on May 6, 2014, TAIS filed a Motion to Transfer Pursuant to 28 U.S.C. §1404(a) ("Motion") and in support thereof submitted the Declaration of Scott Ramirez, Defendant's Vice President of Marketing and Development of Visual Products (the "Declarant"), to support factual assertions regarding the location of certain documents and witnesses TAIS deemed relevant to the claims in this litigation;

**WHEREAS**, pursuant to Local Rule 7-3(a), the opposition by Plaintiff to the Motion is due on or before May 20, 2014;

**WHEREAS**, Plaintiff believes that a full and proper response to the Motion requires certain limited discovery focused on the location of witnesses and documents that may be relevant to the claims in this litigation and may be relevant to a decision on the Motion;

**WHEREAS**, although Defendant does not believe that plaintiff needs discovery to respond to the Motion beyond a limited deposition of the Declarant, it is willing to consider Plaintiff's discovery requests and, if possible, proceed on an expedited basis to object or complete any such discovery.

**WHEREAS**, the Parties have entered into two previous scheduling stipulations. The first extended to the time in which TAIS may respond to the Complaint (D.E. 9) to May 6, 2014 (D.E. 9). The second, set May 6, 2014, as the date on which TAIS would file the Motion with a hearing date of June 19, 2104, and extended the time in which TAIS would respond to the Complaint until a week after the hearing on the Motion, June 26, 2014 (D.E. 24);

**WHEREAS**, pursuant to Local Rule 6-2 of the Northern District of California, parties may request by joint request and stipulation an order from the Court to change the time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

**WHEREAS**, Plaintiff and TAIS have agreed to the below expedited discovery process related to the Motion, a schedule for further briefing on the Motion, and response to the Complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff and TAIS, as follows:

*Discovery related to the Motion:* Plaintiff will serve limited discovery, including a notice of deposition pursuant to Rule 30(b)(6), relating to the location of witnesses and documents relevant to the Motion on or before May 15, 2014.  Counsel for the parties will meet and confer regarding the discovery requests on or before May 21, 2014 and, in the event of an unresolved dispute, proceed to resolve the matter by way of a joint letter brief on or before May 29, 2014, pursuant to the Standing Order for all Civil Cases Before District Judge Jon S. Tigar.  To the extent the parties agree on the scope of all or some of the discovery, Defendant will endeavor in good faith to provide responses to the agree-upon discovery requests no later than June 13, 2014.  The parties will work in good faith so that the deposition of the Declarant (or, if stipulated or ordered, any additional deponent designated pursuant to Rule 30(b)(6)) will occur on or before June 26, 2014.

*Further Briefing of the Motion:* To afford time for the parties to meet and confer and conduct discovery (if any), the parties hereby stipulate to continue the hearing date for the Motion to July 31, 2014, with Plaintiff's Opposition due on or before July 10, 2014 subject to additional extensions as appropriate.

*Response to the Complaint:* TAIS' response to the Complaint will be continued until two weeks after a hearing of the Motion or assignment of this action to a transferee court, whichever is later.

**IT IS SO STIPULATED.**

Dated: May 14, 2014

By:  /s/ *Sean A. Commons*
Sean A. Commons, SBN 217603
SIDLEY AUSTIN LLP
Attorneys for Defendant TAIS

Dated: May 14, 2014

By:  /s/ *Jonathan Shub*
Jonathan Shub, SBN 237708
SEEGER WEISS LLP
Attorneys for Plaintiff Stacey Pierce-Nunes

ORDER

The briefing schedule for the Motion to Transfer (Dkt. No. 23) is as follows: Responses due by July 10, 2014; replies due by July 17, 2014, hearing set for August 21, 2014 at 2:00 p.m.

Dated: May 19, 2014



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar